**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| **JAMES E CLIFFORD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 22-00058-CV-W-GAF** |
| | ) | |
| **CARLA WALKER, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## JUDGMENT IN A CIVIL ACTION

☐     **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒     **Decision of the Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED that no genuine issue of material fact remains.  Plaintiff cannot show Defendants' legitimate explanation for why they evicted Plaintiff is pretext.  For this reason and the reasons stated above, Defendants' Motion for Summary Judgment is GRANTED.

Dated:      August 3, 2023               PAIGE WYMORE-WYNN
                                         Clerk of Court

Entered:     August 3, 2023               /s/ Lisa Mitchell
                                         (By) Deputy Clerk